UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA; THE
STATE OF CALIFORNIA; THE STATE OF
CONNECTICUT; THE STATE OF FLORIDA;
THE STATE OF GEORGIA; THE STATE OF
ILLINOIS; THE STATE OF INDIANA; THE
STATE OF LOUISIANA; THE STATE OF
MARYLAND; THE COMMONWEALTH
OF MASSACHUSETTS; THE STATE OF
MICHIGAN; THE STATE OF NEVADA;
THE STATE OF NEW JERSEY; STATE OF
NEW YORK; THE STATE OF OKLAHOMA;
THE STATE OF TENNESSEE; THE STATE
OF TEXAS; THE STATE OF
WASHINGTON,
*ex rel.* ROBERT GRUBER,

    Plaintiffs/Relator,

v.

RA MEDICAL SYSTEMS, INC.;
ELIAS KASSAB, M.D.; MICHIGAN
OUTPATIENT VASCULAR INSTITUTE,
PLLC; RAGHOTHAM R. PATLOLA, M.D.;
DAVID E. ALLIE, M.D.; LOUISIANA
CARDIOVASCULAR & LIMB SALVAGE
CENTER, A PROFESSIONAL MEDICAL
CORPORATION; KAN ZHANG, M.D; and
ATHAR ANSARI, M.D.

    Defendants.
_____/

Case No. 19-cv-12044
Hon. Matthew F. Leitman

**FILED IN CAMERA
AND UNDER SEAL**

## ORDER GRANTING MOTION FOR VOLUNTARY PARTIAL DISMISSAL

## ORDER GRANTING MOTION FOR VOLUNTARY PARTIAL DISMISSAL

Considering Relator's Motion for Voluntary Partial Dismissal pursuant to FRCP Rule 41(a);

**IT IS HEREBY ORDERED** that the Relator's motion as prayed for is hereby GRANTED.

**IT IS FURTHER ORDERED** that the claims alleged against Defendants Louisiana Cardiovascular & Limb Salvage Center, APMC, Kan Zhang, M.D., and Athar Ansari, M.D., are dismissed WITHOUT PREJUDICE as to the Relator, The United States, and the named Plaintiff States.

**IT IS FURTHER ORDERED** that the claims alleged against ALL DEFENDANTS in Counts III through XIX of the amended complaint on behalf of the State of California, the State of Connecticut, the State of Florida, the State of Georgia, the State of Illinois, the State of Indiana, the State of Louisiana, the State of Maryland, the Commonwealth of Massachusetts, the State of Michigan, the State of Nevada, the State of New Jersey, the State of New York, the State of Oklahoma, the State of Tennessee, the State of Texas, and the State of Washington collectively, in this matter are dismissed WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that all other parties, claims and counts not part of this motion shall remain in effect.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 29, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 29, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
